## THOMAS V. THE STATE.

(Decided February 13, 1913.)

APPEAL from Hale Law and Equity Court.

Heard before Hon. CHARLES E. WALLER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Abated by death of appellant.

---

## THOMPSON V. ALABAMA STATE LAND CO.

(Decided February 13, 1913.)

APPEAL from Blount Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## WEATHERLOW V. THE STATE.

(Decided February 13, 1913.)

APPEAL from Colbert Circuit Court.

Heard before Hon. C. P. ALMON.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appellant is a fugitive from justice, and his appeal is dismissed.